UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 2: **
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| STATE OF CONNECTICUT, ex rel. RICHARD BLUMENTHAL ATTORNEY GENERAL,<br>*Plaintiff* | : CIVIL ACTION NO.: 300CV1386(DJS)<br>:<br>:<br>: |
| v. | : |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF COMMERCE, AND DONALD EVANS, SECRETARY OF COMMERCE,<br>*Defendants* | :<br>:<br>:<br>:<br>: DECEMBER 24, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b) and Local Rule 9(b), the plaintiff moves for a forty-five day enlargement of time in which to file supplemental briefs as required by the order dated December 10, 2003. The briefs are currently due on January 14, 2003, and the reply briefs are due January 26, 2004. A 45 day extension of time would make the briefs due on March 1, 2004 and the reply briefs due on March 15, 2004.

The undersigned is new counsel to this case and needs time to review the file which is voluminous, and the issues of law. Also the undersigned has planned vacations during the Christmas school break and the winter school break (February 16-20, 2004) to care for her young children.

Opposing counsel was contacted and has no objection to the granting of this motion, so long as defendants have the same period of time in which to brief the issues. This is the first time a motion for enlargement has been filed on this briefing order.

WHEREFORE, the plaintiff prays that this motion be granted.

                                                PLAINTIFF

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:      /s/ Sharon A. Scully
                                                SHARON A. SCULLY
                                              Assistant Attorney General
                                              Federal Bar No.: ct06643
                                              55 Elm Street
                                              P.O. Box 120
                                              Hartford, CT 06141-0120
                                              Tel: (860) 808-5250
                                              Fax: (860) 808-5386

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Enlargement of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of December, 2003, first class postage prepaid to:

William A. Collier, Esq.
U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

R. Justin Smith, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
601 Pennsylvania Avenue, N.W., Suite 5000
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

SHARON A. SCULLY
Assistant Attorney General