UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT, ex rel.
RICHARD BLUMENTHAL,
ATTORNEY GENERAL  :
    Plaintiff

    v.  : CIVIL NO.: 3:00cv1386(DJS)

UNITED STATES OF AMERICA,
ET AL  :
    Defendants

## ORDER

The Plaintiff's Motion for Enlargement of Time (Doc. #80) to file supplemental briefs is hereby **GRANTED.** The supplemental brief will be due on **March 1, 2004** and the Reply brief will be due on **March 15, 2004.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th   day of January, 2004.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge