UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT ex rel. RICHARD BLUMENTHAL,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF COMMERCE, CARLOS M. GUTIERREZ, SECRETARY<br>　　Defendants. | :<br>:<br>:<br>:<br>: CASE NO. 3:00CV1386 (DJS)<br>:<br>:<br>:<br>:<br>:<br>: |

<u>AMENDED JUDGMENT</u>

　　This amended judgment is entered for the sole purpose to clarify that judgment is entered on behalf of all defendants. In all other respects this judgment remains the same and is restated below:

　　This action having come on for consideration of defendants' motion for summary judgment [dkt.#60] and plaintiff's motion for summary judgment [dkt.#64] before the Honorable Dominic J. Squatrito, United States District Judge, and

　　The court having considered the motions and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision stating although Connecticut has satisfied the minimum constitutional threshold for standing, prudential common law rules deny it standing, either in its own right or as parens patriae, to pursue its claim that 16 U.S.C. §1854(f)(1)(A) violates the Due Process Clause of the Fifth Amendment. Further, while Connecticut does have standing to bring its claim that §1854(f)(1)(A) violates the Tenth Amendment, the facts show that the statue does not, by its terms, create a constitutional injury. Connecticut's motion for summary judgment **[doc.#64]** is **DENIED.** The United State's motion for summary judgment **[doc.#60]** is **GRANTED,** it is hereby

　　ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the Defendants' on all counts of the Amended Complaint.

　　Dated at Hartford, Connecticut, this 26th day of May 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ DJS_____
　　　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge